UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    BRYLIN HOSPITALS, INC.,　　　　　　　　　　Case No.: 01-16711-K

                     Debtor.

-AND-

In re:

    LINREAL CORP.,　　　　　　　　　　　　　　Case No. 04-14386-K

                     Debtor.

## BALLOT FOR ACCEPTING OR REJECTING AMENDED JOINT PLAN OF REORGANIZATION

    The Debtors, BryLin Hospitals, Inc. and Linreal Corp., filed an amended joint plan of reorganization dated August 19, 2005 (the "Plan") for the Debtors in this case. The Court has approved an amended joint disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Damon & Morey LLP, Attn: Daniel F. Brown, Esq., 1000 Cathedral Place, 298 Main Street, Buffalo, New York 14202. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class __8__ under the Plan. If you hold claims or equity interests in more than one class, you should receive a ballot for each class in which you are entitled to vote. If you do not, you may photocopy this ballot.

    If your ballot is not received by the Clerk of the United States Bankruptcy Court on or before September 20, 2005, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

    If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.　　　　　　　　　　　　　　　　　　　　　　　　　　　　(over)

**IMPORTANT NOTICE:** The Plan provides different treatment to different Classes of Claims. If you do not indicate to which Class your Claim belongs, your ballot will be deemed within Class 8, General Unsecured Claims, unless you are a creditor which the Plan classifies separately by name. If you do not check the box for "accepts" or "rejects," the return of a signed, but unchecked, ballot will be deemed an acceptance.

*The undersigned, a Class __8__ Creditor of the above-named Debtor, holding a claim in the unpaid principal amount of $ __3750.00__ ,*
*(Check one box)          (X) ACCEPTS    ( ) REJECTS*
*the Amended Joint Plan of Reorganization of the Debtors, dated August 19, 2005.*

Dated: __9/13/05__

Name of Creditor: __Milliman__

Creditor's Signature: __[signature]__

By: _____
(If Appropriate)

As: _____
(Agent of Creditor)

Address: __4 Corporate Plaza, 250 Washington Ave Ext__
__Albany NY 12203.5401__

All ballots must be received on or before <u>September 20, 2005.</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Mail to: | ---- For Ballot Tabulation Only ---- |
|---|---|
| Clerk<br>United States Bankruptcy Court, WDNY<br>Olympic Towers<br>300 Pearl Street, Suite 250<br>Buffalo, New York 14202 | Ballot No. _____   Creditor Class _____<br><br>Claim No. _____   Claim $ _____<br><br>Claim Amount per Schedule $ _____ |

-#933519-